LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff


ALDEN PARKER, SBN 196808
JACKSON LEWIS LLP
801 K STREET, SUITE 2300
SACRAMENTO, CA 95814
Telephone: (916) 341-0404
Fax: (916) 341-0141

Attorney for Defendants
T & S BUSINESS CORPORATION DBA IHOP #649; KANTILAL J MADHVANI


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>T & S BUSINESS CORPORATION DBA IHOP #649; KANTILAL J MADHVANI, and DOES 1 through 20,<br><br>        Defendants.<br>_____ / | Case No. CIV. S-04-2155 MCE KJM<br><br>**ORDER FOR DISMISSAL** |

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-2155 MCE KJM, is hereby dismissed with prejudice.

Dated: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE